**George S. Crisci**

| | |
|---|---|
| **From:** | AAA Kathleen Cantrell <KathleenCantrell@adr.org> |
| **Sent:** | Thursday, May 18, 2017 3:35 PM |
| **To:** | George S. Crisci |
| **Subject:** | Victory Propane, LLC V. Comprehensive Logistics Co., Inc. - Case 01-17-0002-1090 |
| **Attachments:** | Comprehensive Logistics Co., Inc. Invoice.pdf |

Re:     01-17-0002-1090
        Victory Propane, LLC
        -and-
        Comprehensive Logistics Co., Inc.

Counsel:

Pursuant to the Expedited procedures of the Commercial Arbitration Rules, the arbitrator is compensated at a flat rate of $1,000.

Please be advised that each party has been equally billed one-half of the established amount, per the attached invoice.

Payment is to be received by the AAA no later than June 1, 2017.

You may log into AAA WebFile at https://apps.adr.org/webfile to make a payment or view case financial information. Please note our Federal Tax ID Number is: 13-0429745. Parties may also pay online as a "guest" using the case number and the Pay PIN that appears at the bottom of every invoice or statement.  Log in at www.adr.org and click on "File and Manage a Case" and then select the "Pay Online" option.

Thank you.

KC/js



**AAA Kathleen Cantrell**
**Manager of ADR Services**

American Arbitration Association
Commercial
T: 866 440 1792  F: 855 267 4082  E: KathleenCantrell@adr.org
13727 Noel Road, Suite 700, Dallas, TX 75240
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

PLAINTIFF'S
EXHIBIT
**20**
tabbies





AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| | Statement Date | Amount Currently Due |
|---|---|---|
| | 18-May-2017 | $500.00 |
| | Case # | |
| | 01-17-0002-1090-2-KG | |

13727 Noel Road
Suite 700
Dallas, TX 75240
Telephone: (972)702-8222
Fax: (855)267-4082

Payment is due upon Receipt

# Invoice

George S. Crisci, Esq.
Zashin & Rich
950 Main Avenue, 4th Floor
Ernst & Young Tower
Cleveland, OH 44113

Representing: Comprehensive Logistics Co., Inc.
Re: Victory Propane, LLC
Vs.
Comprehensive Logistics Co., Inc.

**Please detach and return with Payment to Above Address**

**Please Indicate Case No. on Check**

------------------------------------------------------------------------------------------------------------------------------------



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

13727 Noel Road
Suite 700
Dallas, TX 75240
Telephone: (972)702-8222
Fax: (855)267-4082

George S. Crisci, Esq.
Zashin & Rich
950 Main Avenue, 4th Floor
Ernst & Young Tower
Cleveland, OH 44113

Representing: Comprehensive Logistics Co., Inc.
Re: Victory Propane, LLC
Vs.
Comprehensive Logistics Co., Inc.

| Invoice Date | Invoice No | Description | Amount |
|---|---|---|---|
| 18-May-2017 | 11981161 | Your Share of Deposit for Arbitrator's Compensation | $500.00 |
| | | Net Amount Due | $500.00 |

**Remarks**   For any inquiries please call: (866)440-1792

Please mail check to   13727 Noel Road
Suite 700
Dallas, TX 75240
Telephone: (972)702-8222
Fax: (855)267-4082

**Pay PIN:** 10851668

To pay with a credit card online, go to www.adr.org , click on
"File and Manage a Case" and then select the "Pay Online" option.